# Exhibit A

[Office of the Maine Attorney General](#)

Home > Consumer Information > Privacy, Identity Theft and Data Security Breaches > Data Breach Notifications

# Data Breach Notifications

## Entity Information

- Type of Organization: **Education**
- Entity Name: **Bristol Community College**
- Street Address: **11 Field Road**
- City: **Attleboro**
- State, or Country if outside the US: **MA**
- Zip Code: **02703**

## Submitted By

- Name: **Colin Battersby**
- Title: **Member**
- Firm name (if different than entity): **McDonald Hopkins, 39533 Woodward Ave., Suite 318, Bloomfield Hills, MI 48304**
- Telephone Number: **2485932952**
- Email Address: **cbattersby@mcdonaldhopkins.com**
- Relationship to entity whose information was compromised: **Attorney**

## Breach Information

- Total number of persons affected (including residents): **56400**
- Total number of Maine residents affected: **277**
- If the number of Maine residents exceeds 1,000, have the consumer reporting agencies been notified:
- Date(s) Breach Occured: **December 14 to December 23, 2022.**
- Date Breach Discovered: **April 10, 2023**
- Description of the Breach:
    - **External system breach (hacking)**
- Information Acquired - Name or other personal identifier in combination with: **Social Security Number**

## Notification and Protection Services

- Type of Notification: **Written**
- Date(s) of consumer notification: **May 10, 2023**
- Copy of notice to affected Maine residents: **Bristol_-_SSN_[redacted]_31994252v1.pdf**
- Date of any previous (within 12 months) breach notifications:
- Were identity theft protection services offered: **Yes**

- If yes, please provide the duration, the provider of the service and a brief description of the service: **Complimentary 12 month Experian credit monitoring**

**Credits**

Copyright © 2014
All rights reserved.