# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ALEXANDER, JR., DAVID VITO, MICHAEL CLANCY, and MARIO CANARIO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL COMMUNITY COLLEGE,<br><br>Defendant. | Case No. 1:23-cv-11194-AK |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Robert Alexander, Jr., David Vito, Michael Clancy, and Mario Canario ("Plaintiffs") hereby give notice that their claims are voluntarily dismissed without prejudice, and without prejudice to the claims of Class members.

Date: June 9, 2023

Respectfully Submitted,

/s/ *Patrick J. Sheehan*
Patrick J. Sheehan (BBO# 639320)
WHATLEY KALLAS, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 203-8459
Facsimile: (800) 922-4851
psheehan@whatleykallas.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Patrick J. Sheehan, certify that the foregoing *Notice of Voluntary Dismissal* was provided on June 9, 2023, via the Court's CM/ECF system, providing notification to all parties of record.

*/s/ Patrick J. Sheehan*
Patrick J. Sheehan